===============================================
## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
===============================================

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Honorable Madeline Cox Arelo |
| v. | : | Magistrate Case No. 13-8069 |
| STAFANO MAZZOLA | | |

### ORDER FOR SECOND CONTINUANCE

This matter having been opened to the Court by Paul J. Fishman, United States Attorney for the District of New Jersey (V. Grady O'Malley, Sr Lit. Counsel, appearing), and defendant, Stefano Mazzola (Neil Duffy, Esq. appearing) for an order granting a second continuance application; and the defendant being aware that he has the right under 18 U.S.C. § 3161(b) to have the matter presented to a Grand Jury within thirty (30) days of his arrest; and through his attorney has waived such rights and consented to a second continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Defendant was arrested on or about February 8, 2013 pursuant to complaint and arrest warrant. An Initial Appearance, pursuant to Fed.R.Crim.P. Rule 5(d), was conducted before Magistrate Madeline Cox Arleo where the defendant was advised of the charges, his rights in the presence of his counsel; and,

2. Concomitantly, Pretrial Services filed a complaint against the defendant for violation of his Supervised Release conditions resulting from his prior incarceration for the extortionate collection of a loan; the Supervised Release complaint charged two violations: (1) the February 8, 2013 arrest for violation of section 894; and (2) failing a drug test for the use of steroids on the date of his arrest; and, where

3. Magistrate Arelo directed defendant Mazzola be detained on the ECT violation and had a detainer lodged on the Supervised Release complaint signed by Hon. Kevin McNulty; and where,

4. The above appearing Assistant U.S. Attorney having just been assigned the Mazzola case; and, the above defendant's attorney, Neil G. Duffy Esq., being newly retained as well; and,

5. In order to provide both the newly assigned AUSA and defense counsel in an opportunity to discuss the possibility of a resolution of both matters, it is necessary for a 60 day extension of the existing complaint;

6. The grant of a second continuance will likely conserve judicial resources;

7. Pursuant to Title 18 United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

WHEREFORE, it is on this 5 day of May 2013,

ORDERED that the preliminary hearing is further waived, and the proceeding is continued for sixty (60) days from May 8, 2013 until July 8, 2013; and it is further

ORDERED that the period between February 8, 2013 until July 8, 2013 shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. MADELINE COX ARLEO
United States Magistrate Judge

[Mazzola Second Continuance order]

Form and entry
consented to:

_____
V. Grady O'Malley
Sr. Litigation Counsel


APPROVED:

_____
David E. Malagold
Chief, OC/Gangs Unit


_____
Neal Duffy, Esq.
Counsel for Defendant Stefano Mazzola